ACCEPTED
01-14-00869-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/24/2015 12:41:50 PM
CHRISTOPHER PRINE
CLERK

**APPEAL NO. 01-14-00869-CV**

**IN THE COURT OF APPEALS**
**FIRST JUDICIAL DISTRICT**
**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/24/2015 12:41:50 PM
CHRISTOPHER A. PRINE
Clerk

**RICHARD MAKOVER, Appellant**

**vs.**

**RANDY S. TURRENTINE, Appellee**

---

**APPELLEE'S MOTION FOR EXTENSION OF TIME**
**TO FILE APPELLEE'S BRIEF**

---

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Appellee Randy S. Turrentine ("Appellee") moves to extend time under TEX. R. APP. P. 10.5(b) to file his Appellee's Brief, and in support of this Motion would respectfully show as follows:

1.      The attorney for the Appellant was contacted on February 24, 2015, but has not received a response as of the filing of this Motion.

2.      Appellee's Brief is due on March 4, 2015. There have been no prior extensions sought with respect to the filing of Appellee's Brief.

3.      The commitments of the undersigned attorney are such that a 30-day extension of time is necessary in order to properly prepare Appellee's Brief. The

1

commitments of the undersigned are, in addition to a number of depositions to be held out of state, as follows:

- February 25, 2015: Trial in Cause No. CV-0072161; *Robert Keith Downs vs. John G. Kent and Jan Kent;* in the County Civil Court at Law No. 3 of Galveston County, Texas

- March 2, 2015: Trial in Cause No. 2013-33908; *Steve Montoya vs Chulas Sports Cantina Management LLC, et al;* in the 113th Judicial District Court of Harris County, Texas

- March 9, 2015: Trial of Docket No. 14-05423; *Mariana Orozco OBO Filiberto Serna, Jr. vs. Filser Construction and Aries Building Systems;* in District 7, Office of Louisiana Worker's Compensation

- March 16, 2015: Cause No. 2014-19441; *International Demographics, Inc. d/b/a The Media Outlet vs. Higginbotham Associates, Inc.;* in the 281st Judicial District Court of Harris County, Texas

- March 19, 2015: Petition for Writ of Certiorari to U.S. Supreme Court, appealing from USCA Case No. 14-20188; *Larry Bishop, et al. v. Texas Dept. of Public Safety, et al.;* 5th Circuit Court of Appeals

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellee Randy S. Turrentine requests that his time to file a Brief be extended to April 3, 2015, and for such other relief to which Appellee may be entitled.

Respectfully submitted,

MURRAY | LOBB, PLLC

By: /s/ Kyle L. Dickson
     Kyle L. Dickson
     State Bar No. 05841310
     700 Gemini, Suite 115
     Houston, Texas 77058
     Ph:     (281) 488-0630
     Fax:    (281) 488-2039
     Email:  kdickson@murray-lobb.com

     ATTORNEYS FOR APPELLEE
     RANDY S. TURRENTINE

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to all parties and/or counsel of record in accordance with the Texas Rules of Appellate Procedure on day February 24, 2015.

/s/ Kyle L. Dickson
Kyle L. Dickson

Ronald Julius Smeberg        BY FAX TO (210) 598-7357 AND/OR
The Smeberg Law Firm, PLLC   BY ELECTRONIC SERVICE
2010 W. Kings Hwy.
San Antonio, Texas 78201